United States District Court
Southern District of Texas
**ENTERED**
June 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:16-MJ-675-2 |
| | § | |
| ANNA LUISA SMITH | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant has an active warrant for failing to appear for court in a pending DWI case in Iowa. Therefore, the defendant has shown an unwillingness or inability to comply with court ordered supervision and to attend her court settings. The findings and conclusions contained in the Pretrial Services Report are adopted. However, if the defendant is able to resolve the outstanding warrant, defense counsel may move to reopen the detention hearing.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an

attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 3rd day of June, 2016.

_____
Jason B. Libby
United States Magistrate Judge